**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| SARAH FLACK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-01427 (MSN/IDD) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

_____

## CONSENT MOTION FOR REMOTE APPEARANCE AT SETTLEMENT CONFERENCE

Pursuant to Local Civil Rule 7, Defendant, with Plaintiff's consent, respectfully requests leave for counsel from the U.S. Postal Service to attend the upcoming settlement conference remotely.  The good cause for this relief is set forth below.

1.      Plaintiff's complaint alleges a claim against the United States under the Federal Tort Claims Act, seeking damages for injuries suffered in a bicycle accident in August 2022.  Dkt. 1.

2.      Discovery closed on April 10, 2026, and trial is set for August 31, 2026.  Dkt. 26. A settlement conference with the Magistrate Judge is currently scheduled for May 19, 2026.

3.      In the Court's letter to the parties regarding the settlement conference, the Court instructed that "each party will be represented at the conference by a person having full authority to negotiate and settle the case on any terms at the conference," and that the Court's preference is for that person to be physically present.

4.      The client settlement authority in this case—counsel for the U.S. Postal Service— is based in St. Louis, Missouri.  In order to conserve taxpayer resources attendant to travel, Defendant respectfully requests that agency counsel be permitted to participate in the settlement

1

conference by videoconference (i.e., Teams or Zoom) or telephone.  Undersigned counsel will be physically present at the conference.

     5.      Plaintiff consents to the requested relief.

     6.      A proposed order is enclosed for the convenience of the Court.

Date: May 5, 2026                    Respectfully submitted,

TODD W. BLANCHE
Acting Attorney General

_____/s/_____
KIRSTIN K. O'CONNOR
Assistant United States Attorney
Office of the United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:   (703) 299-3799
Fax:   (703) 299-3983
Email: kirstin.o'connor@usdoj.gov

*Counsel for the United States*

2